**EXHIBIT D**
**STATE COURT DOCKET**

```
Judge: RUSSELL, JUDGE JAMES        Case No.    20 TRT 00004 1E
       TODD
                                   Ticket No.
                                   CTN:

Nelson, Christopher                By:
                          -vs-
Wal-Mart Associates, Inc   DRSPND  By:

Dob:              Sex:
Lic:              Sid:

Plate#:
Make:
Year:        Accident:
Type:
Venue:
Location:
                                   Bond:           Set:
Nelson, Christopher   PLNTPET      Type:           Posted:

Charges:

Ct.
     Offense Dt:         Cvr:
     Arrest Dt:
     Comments:

Sentencing:
```

| No. | Filed    | Action                                                                                          | Operator   | Fine/Cost | Due  |
|-----|----------|-------------------------------------------------------------------------------------------------|------------|-----------|------|
| 1   | 01/20/21 | DECLARATION OF SERVICE<br>Christopher Nelson, pro-per                                           | 1EADUKE    | 0.00      | 0.00 |
| 2   | 12/23/20 | SUMMONS ISSUED (1)                                                                              | 1EADUKE    | 0.00      | 0.00 |
| 3   | 12/23/20 | PETITION/COMPLAINT FILED<br>Attorney: THIERMAN, MARK R<br>(8285)  Receipt: 6674  Date:<br>12/23/2020 | 1EVSTEPHEN | 245.00    | 0.00 |
|     |          |                                                                                        Total:  |            | 245.00    | 0.00 |

```
                    Totals By:  COST            245.00      0.00
                                INFORMATION       0.00      0.00
                           *** End of Report ***
```