Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.:  3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint.  (ECF No. 1, Exhibit A.)  Defendant's response to the Complaint is currently due February 5, 2021; however, given that Defendant has just been retained, Defendant requests an extension of time up to and including March 5, 2021 in which to respond.  This is the parties' first request for an extension of time.

. . .

. . .

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 4th day of February, 2021.  DATED this 4th day of February, 2021.

THIERMAN BUCK LLP  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joshua D. Buck*  /s/ *Dana B. Salmonson*

| | |
|---|---|
| Mark R. Thierman | Anthony L. Martin |
| Nevada Bar No. 8285 | Nevada Bar No. 8177 |
| Joshua D. Buck | Dana B. Salmonson |
| Nevada Bar No. 12187 | Nevada Bar No. 11180 |
| Leah L. Jones | Wells Fargo Tower |
| Nevada Bar No. 13161 | Suite 1500 |
| Joshua R. Hendrickson | 3800 Howard Hughes Parkway |
| Nevada Bar No. 12225 | Las Vegas, NV  89169 |
| 7287 Lakeside Drive | *Attorneys for Defendant Wal-Mart Associates, Inc.* |
| Reno, NV  89511 | |
| *Attorneys for Plaintiff Christopher Nelson* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

February 4, 2021
DATED

2