Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.:  3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint.  (ECF No. 1, Exhibit A.)  Defendant's response to the Complaint is currently due March 5, 2021.  (ECF No. 6.)  The parties request an extension of time up to and including March 31, 2021 for Defendant to respond.  This is the parties' second request for an extension of time.  The first request was filed on February 4, 2021 (ECF No. 5) and granted on February 4, 2021 (ECF No. 6).

. . .

. . .

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 2nd day of March, 2021.

DATED this 2nd day of March, 2021.

THIERMAN BUCK LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joshua D. Buck*

/s/ *Dana B. Salmonson*

Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiff Christopher Nelson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

March 3, 2021
DATED

2