Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.:  3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT REPORT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for the parties to submit their Joint Case Management Report.  (ECF No. 13.)  The current deadline to file the Joint Case Management Report is April 19, 2021.  (ECF No. 13.)  The parties request an extension of time up to and including April 29, 2021 to file.  This is the parties' first request for an extension of time.

Good cause exists to extend the deadline to file the parties' Joint Case Management Report. On April 13, 2021, the parties met and conferred to discuss the content of the Joint Case Management Report as well as conduct the FRCP 26(f) discovery conference wherein they discussed conducting

discovery in this matter and the parameters to include in the Joint Case Management Report.  The parties have yet to come to an agreement on several of the provisions within the Joint Case Management Report and would like the additional time to discuss the proposed language with their respective clients and see if they can come to some form of resolution before submitting multiple positions for the Court's consideration.  As such, the parties stipulate to an extension of ten (10) days to afford the parties a reasonable period of time to further meet and confer on the content of the proposed Joint Case Management Report.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 16th day of April, 2021.

THIERMAN BUCK LLP

/s/ *Leah L. Jones*

Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV  89511
*Attorneys for Plaintiff Christopher Nelson*

DATED this 16th day of April, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant Wal-Mart Associates, Inc.*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES JUDGE

April 19, 2021
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

2