Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

  Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to file its Reply in support of its Motion to Dismiss to Plaintiff's First Amended Collective and Class Action Complaint (ECF No. 16). Plaintiff filed its Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Collective and Class Action Complaint (ECF No. 22) on May 10, 2021 and Defendant's Reply is due May 17, 2021. The parties request an extension of time up to and including June 4, 2021 for Defendant to file its Reply. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 17th day of May, 2021.

THIERMAN BUCK LLP

/s/ *Joshua D. Buck*

Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiff Christopher Nelson*

IT IS SO ORDERED.

DATED this 17th day of May, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

_____
UNITED STATES JUDGE

May 17, 2021
DATED

2