Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE FIRST AMENDED JOINT CASE MANAGEMENT REPORT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for the parties to submit their First Amended Joint Case Management Report. (ECF No. 26.) The current deadline to file the First Amended Joint Case Management Report is June 21, 2021. (*Id*.) The parties request an extension of time up to and including July 1, 2021 in which to file the same. This is the parties' first request for an extension of time.

Good cause exists to extend the deadline to file the parties' First Amended Joint Case Management Report. On June 7, 2021 the parties appeared for a Case Management Conference with

Judge Baldwin wherein she Ordered that the parties meet and confer regarding a realistic time frame for bifurcated discovery and, thereafter, to submit a Discovery Plan and Scheduling Order no later than June 21, 2021. On June 11, 2021, the parties met and conferred to discuss the content of the First Amended Joint Case Management Report, including relevant discovery deadlines. Joshua B. Buck appeared on behalf of Plaintiff and Dana B. Salmonson appeared on behalf of Defendant.

The parties are still working through the provisions within the First Amended Joint Case Management Report pursuant to the Court's instruction and would like the additional time to discuss the proposed language with their respective clients and see if they can come to some form of resolution. As such, the parties stipulate to an extension of ten (10) days to afford the parties a reasonable period of time to further meet and confer on the content of the proposed First Amended Joint Case Management Report.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 21st day of June, 2021.

THIERMAN BUCK LLP

/s/ *Joshua D. Buck*
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiff Christopher Nelson*

DATED this 21st day of June, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

June 21, 2021
_____
DATED

2