UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON,<br><br>                                Plaintiff,<br><br>    v.<br><br>WALMART ASSOCIATES, INC.,<br><br>                              Defendant. | Case No. 3:21-CV-0066-MMD-CLB<br><br>**ORDER** |

The Court has reviewed the amended joint case management report (ECF No. 29). The following deadlines are entered in this case:

1. Initial disclosures:  July 20, 2021

2. Motions for Conditional Collective and Class Action Certification:  September 1, 2021; Oppositions:  October 1, 2021; Replies:  October 15, 2021

3. Precertification Discovery Deadline:  November 3, 2021

IT IS SO ORDERED.

**DATED**: July 6, 2021  .

_____
**UNITED STATES MAGISTRATE JUDGE**