Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); STIPULATION AND ORDER TO SET DEADLINE FOR F.R.C.P. RULE 23 CLASS CERTIFICATION**<br><br>**(First Request)** |

///

///

///

- 1 -
STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE MOTION FOR
CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); STIPULATION AND ORDER TO
SET DEADLINE FOR F.R.C.P. RULE 23 CLASS CERTIFICATION

Pursuant to LR IA 6-1 and 6-2, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this stipulation and proposed order concerning two separate motion deadlines.

First, the Parties request and stipulate to extend the time for Plaintiff to file a motion for circulation of notice pursuant to 29 U.S.C. § 216(b). The current deadline for filing a motion for circulation of notice pursuant to 29 U.S.C. § 216(b) is September 1, 2021, with oppositions due October 1, 2021, and replies due October 15, 2021. (ECF 30). The Parties request a three-week extension of time for filing the motion up to and including September 22, 2021, with oppositions due October 22, 2021, and replies due November 6, 2021. The Parties' request this extension because Plaintiff granted Defendant a corresponding extension of time to respond to written discovery. This is the Parties' first request for an extension of time.

Second, the Parties request and stipulate to set the deadline for F.R.C.P Rule 23 Class certification for December 3, 2021, with oppositions due January 3, 2021, and replies due January 17, 2021. This stipulation does not change the deadlines proposed by the Parties in their Amended Joint Case Management Report, which proposed that "Plaintiff shall file his Rule 23 motion for class certification thirty (30) days after the close of pre-certification discovery [which this Court subsequently set for November 3, 2021 (ECF 30)]; Defendant shall have thirty (30) days to oppose; any reply brief shall be filed within fourteen (14) days of the Opposition." (ECF 29). In its July 6, 2021 Order, this Court set the deadline for "Motions for Conditional Collective and Class Action Certification" to be September 2, 2021. However, there is no conditional certification process for Rule 23 class actions, and the Court did not set a separate deadline for the filing of Plaintiffs' Rule 23 class certification motion. Unlike motions for conditional certification under 29 U.S.C. § 216(b), which are typically filed early in the procedural posture of a case, motions for class certification under Rule 23 are typically filed after the close of discovery. Accordingly, the Parties submit this request and stipulation to clarify the Court's order and set a deadline for the filing of Plaintiff's Rule 23 class certification motion.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 27th day of August, 2021.                    DATED this 27th day of August, 2021.

THIERMAN BUCK LLP                                       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 /s/ Joshua R. Hendrickson                              /s/ Dana B. Salmonson
Mark R. Thierman, Nev. Bar No. 8285                     Anthony L. Martin, Nev. Bar No. 8177
Joshua D. Buck, Nev. Bar No. 12187                      Dana B. Salmonson, Nev. Bar No. 11180
Leah L. Jones, Nev. Bar No. 13161                       Wells Fargo Tower
Joshua R. Hendrickson, Nev. Bar No. 12225               Suite 1500
7287 Lakeside Drive                                     3800 Howard Hughes Parkway
Reno, Nevada 89511                                      Las Vegas, NV 89169
*Attorneys for Plaintiff Christopher Nelson*            *Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

_____August 30, 2021_____
DATED

---

- 3 -
STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); STIPULATION AND ORDER TO SET DEADLINE FOR F.R.C.P. RULE 23 CLASS CERTIFICATION