Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b) AND TO EXTEND DEADLINE FOR FED. R. CIV. P. RULE 23 CLASS CERTIFICATION**<br><br>*(Second Request)* |

Pursuant to Local Rules IA 6-1, IA 6-2 and LR 7-1, Defendant Wal-Mart Associates, Inc. ("Defendant") and Plaintiff Christopher Nelson ("Plaintiff") hereby request an extension of time for Plaintiff to file his Motions for (1) Conditional and Collective Class Action Certification and for the related deadlines thereto; and (2) Fed. R. Civ. P. Rule 23 Class Certification.

The first request for an extension was made on August 27, 2021 (ECF No. 33) and was granted on August 30, 2021 (ECF No. 34).  Good cause exists to extend the briefing schedule a second time as the parties are continuing to participate in written discovery and Plaintiff has granted Defendant a second corresponding extension of time to respond to written discovery.

The current deadline for filing the Motion for Conditional and Collective Class Action Certification is September 22, 2021 with responses due October 22, 2021 and replies due November 8, 2021. (ECF No. 34). The parties are requesting a thirty (30) day extension of these deadlines. Accordingly, the new deadline for filing the Motion for Conditional and Collective Class Action Certification would be October 22, 2021, responses would be due November 22, 2021 and replies would be due December 8, 2021.

The current deadline for filing the Motion for Fed. R. Civ. P. Rule 23 Class Certification is December 3, 2021 with responses due January 3, 2022 and replies due January 17, 2022. The parties are requesting a thirty (30) day of extension of these deadlines. Accordingly, the new deadline for filing the Motion for Fed. R. Civ. P. Rule 23 Class Certification would be January 3, 2022, responses would be due February 2, 2022 and replies would be due February 16, 2022.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 20th day of September, 2021.

THIERMAN BUCK LLP

/s/ *Joshua R. Hendrickson*
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiff Christopher Nelson*

DATED this 20th day of September, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

September 20, 2021
DATED

2