**THIERMAN BUCK LLP**
MARK R. THIERMAN, SB# 8285
JOSHUA D. BUCK, SB# 12187
LEAH L. JONES, SB# 13161
JOSHUA R. HENDRICKSON, SB# 12225
7287 Lakeside Drive
Reno, NV 89511
Tel: 775.284.1500
Fax: 775.703.5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
joshh@thiermanbuck.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated, | Case No. 3:21-cv-00066-MMD-CLB |
| Plaintiff, | **NOTICE OF FILING OF CONSENTS TO JOINDER** |
| vs. | |
| WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive, | |
| Defendant(s). | |

1   PLEASE TAKE NOTICE that annexed hereto are Consents to Sue pursuant to 29 U.S.C.
§ 216(b) which are to be filed with the Clerk of the Court as of this date on behalf of the
following individuals:

| No. | Last Name | First Name |
|---|---|---|
| 1. | Schultz | Monica |
| 2. | Bostrom | Marcella |

DATED: October 22, 2021         Respectfully Submitted,

**THIERMAN BUCK LLP**

/s/*Joshua R. Hendrickson*
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
Joshua R. Hendrickson

*Attorneys for Plaintiffs*

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

DocuSign Envelope ID: F350A263-17B5-471D-B6F9-CBEF64FD48A6

Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:21-cv-00066-MMD-CLB<br><br>**CONSENT TO JOIN** |

The Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), states, "No employee shall be a party plaintiff to any such action [under the FLSA] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought" and unless the Court provides otherwise, the statute of limitations is tolled on the FLSA claims only when the Consent to Sue is filed with the Court.

Therefore, pursuant to the Fair Labor Standards Act, ("FLSA") 29 U.S.C. § 216(b), I hereby give my consent in writing to become a party plaintiff against my employer, former

1  employer, and/or any and all of its affiliated entities, currently identified as WAL-MART
2  ASSOCIATES, INC.  I authorize the filing of a copy of this consent form in Court, with my
3  personal information redacted.  I further consent to join this and/or any subsequent or amended
4  suit against the same or related defendants for wage and hour violations.

5  **I CONSENT TO JOIN THIS LAWSUIT.**  By signing this Consent to Join, I am
6  agreeing to have Plaintiff CHRISTOPHER NELSON act as my agents to make decisions on
7  my behalf concerning the litigation and resolution of my FLSA claims.  I am also agreeing to
8  be represented by Plaintiffs' attorneys, Thierman Buck, LLP, 7287 Lakeside Drive, Reno, NV
9  89511, and any other attorneys with whom they may associate, unless I hire my own attorney.

Print Name: Monica Schulze

Signature: *Monica Schulze*
—DocuSigned by: 44BEE37F285A435...

Date signed: 10/22/2021

Employer/Former Employer: Walmart DC 6073, Pageland, SC

- 2 -
CONSENT TO JOIN

```
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
```
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:21-cv-00066-MMD-CLB<br><br>**CONSENT TO JOIN** |

The Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), states, "No employee shall be a party plaintiff to any such action [under the FLSA] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought" and unless the Court provides otherwise, the statute of limitations is tolled on the FLSA claims only when the Consent to Sue is filed with the Court.

Therefore, pursuant to the Fair Labor Standards Act, ("FLSA") 29 U.S.C. § 216(b), I hereby give my consent in writing to become a party plaintiff against my employer, former

1  employer, and/or any and all of its affiliated entities, currently identified as WAL-MART
2  ASSOCIATES, INC. I authorize the filing of a copy of this consent form in Court, with my
3  personal information redacted. I further consent to join this and/or any subsequent or amended
4  suit against the same or related defendants for wage and hour violations.

5 **I CONSENT TO JOIN THIS LAWSUIT.** By signing this Consent to Join, I am
6  agreeing to have Plaintiff CHRISTOPHER NELSON act as my agents to make decisions on
7  my behalf concerning the litigation and resolution of my FLSA claims. I am also agreeing to
8  be represented by Plaintiffs' attorneys, Thierman Buck, LLP, 7287 Lakeside Drive, Reno, NV
9  89511, and any other attorneys with whom they may associate, unless I hire my own attorney.

Print Name: Marcella Bostrom

Signature: *Marcella Bostrom* (DocuSigned: 2244FD040EB64F2...)

Date signed: 10/22/2021

Employer/Former Employer: Walmart DC 7048

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com