Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant Wal-Mart Associates, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. §216(b) AND RELATED REPLY BRIEF AND TO EXTEND DEADLINE FOR FED. R. CIV. P. RULE 23 CLASS CERTIFICATION**<br><br>*(First Request)* |

Pursuant to Local Rules IA 6-1, IA 6-2 and LR 7-1, Defendant Wal-Mart Associates, Inc. ("Defendant") and Plaintiff Christopher Nelson ("Plaintiff") hereby request an extension of time for Defendant to file its Opposition to Plaintiff's Motion for Conditional and Collective Class Action Certification and for the related Reply deadline.

Good cause exists to extend Defendant's Opposition deadline.  As the parties enter the holiday season, Defendant needs additional time to access relevant information to prepare its Opposition and is unable to do so given internal Company resource constraints around the holidays.

The current deadline for filing Defendant's Opposition to Plaintiff's Motion for Conditional and Collective Class Action Certification is November 22, 2021 with a Reply deadline of December 8, 2021.  (ECF No. 36.)  Defendant is requesting a sixty (60) day extension of these deadlines, to

which Plaintiff sees no objection. Accordingly, the new deadline for filing the Opposition would be January 21, 2022 and Plaintiff's Reply would be due February 11, 2022.

Additionally, given that the parties are extending the remaining deadlines on the Motion for Conditional and Collective Class Action Certification, it only makes sense to do the same for the Rule 23 Motion for Class Certification. The current deadline for filing the Motion for Fed. R. Civ. P. Rule 23 Class Certification is January 3, 2021 with responses due February 2, 2022 and replies due February 16, 2022. The parties are requesting a sixty (60) day extension of these deadlines. Accordingly, the new deadline for filing the Motion for Fed. R. Civ. P. Rule 23 Class Certification would be March 4, 2022, responses would be due April 4, 2022 and replies would be due April 18, 2022.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 19th day of November, 2021.   DATED this 19th day of November, 2021.

THIERMAN BUCK LLP   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joshua R. Hendrickson*   /s/ *Dana B. Salmonson*

| | |
|---|---|
| Mark R. Thierman | Anthony L. Martin |
| Nevada Bar No. 8285 | Nevada Bar No. 8177 |
| Joshua D. Buck | Dana B. Salmonson |
| Nevada Bar No. 12187 | Nevada Bar No. 11180 |
| Leah L. Jones | Wells Fargo Tower |
| Nevada Bar No. 13161 | Suite 1500 |
| Joshua R. Hendrickson | 3800 Howard Hughes Parkway |
| Nevada Bar No. 12225 | Las Vegas, NV  89169 |
| 7287 Lakeside Drive | *Attorneys for Defendant Wal-Mart Associates, Inc.* |
| Reno, NV  89511 | |
| *Attorneys for Plaintiff Christopher Nelson* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

12/02/2021
_____
DATED

2