Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd. Ste. 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant Wal-Mart Associates, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. §216(b) AND RELATED REPLY BRIEF AND TO EXTEND DEADLINE FOR FED. R. CIV. P. RULE 23 CLASS CERTIFICATION**<br><br>*(Second Request)* |

Pursuant to Local Rules IA 6-1, IA 6-2 and LR 7-1, Defendant Wal-Mart Associates, Inc. ("Defendant") and Plaintiff Christopher Nelson ("Plaintiff") hereby request an extension of time for Defendant to file its Opposition to Plaintiff's Motion for Conditional and Collective Class Action Certification and for the related Reply deadline. This is the parties second request for an extension of these deadlines.  The first request was made on November 19, 2021 (ECF No. 40) and granted on December 2, 2021 (ECF No. 41).

Good cause exists to extend Defendant's Opposition deadline. Defendant needs additional time to access relevant information to prepare its Opposition and is unable to do so given recent illnesses that have impacted both witness and counsel availability.

The current deadline for filing Defendant's Opposition to Plaintiff's Motion for Conditional and Collective Class Action Certification is January 21, 2022 with a Reply deadline of February 11, 2022. (ECF No. 36.) Defendant is requesting up to and including March 4, 2022 to file its Opposition, to which Plaintiff sees no objection. Accordingly, the new deadline for filing the Opposition would be March 4, 2022 and Plaintiff's Reply would be due April 8, 2022.

Additionally, given that the parties are extending the remaining deadlines on the Motion for Conditional and Collective Class Action Certification, it only makes sense to do the same for the Rule 23 Motion for Class Certification. The current deadline for filing the Motion for Fed. R. Civ. P. Rule 23 Class Certification is March 4, 2022 with responses due April 4, 2022 and replies due April 18, 2022. (ECF No. 41.) The parties are requesting a five-week extension of these deadlines. Accordingly, the new deadline for filing the Motion for Fed. R. Civ. P. Rule 23 Class Certification would be April 15, 2022, responses would be due May 16, 2022 and replies would be due May 31, 2022.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 21st day of January, 2022.   DATED this 21st day of January, 2022.

THIERMAN BUCK LLP   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joshua R. Hendrickson*   /s/ *Dana B. Salmonson*

Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV  89511
*Attorneys for Plaintiff Christopher Nelson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
*Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

 January 25, 2022
DATED

3