Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.:  3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2 and LR 7-1, Defendant Wal-Mart Associates, Inc. ("Defendant") and Plaintiff Christopher Nelson ("Plaintiff") hereby request a three (3) week extension of time, up to an including March 16, 2022, for Defendant to respond to Plaintiff's First Amended Complaint ("FAC").  The present deadline for Defendant to file its response is February 23, 2022.  This is the parties' first request for an extension of time to respond to the FAC.

This Stipulation is made in good faith and is not intended for purposes of delay.  Defendant has focused its resources on responding to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. §216(b) and requests the additional time to finalize its response to the FAC.

. . .

. . .

Accordingly, good cause exists to extend Defendant's deadline. Therefore, the parties are requesting a three (3) week extension, up to and including March 16, 2022, for Defendant to file its response to the FAC.

| DATED this 23rd day of February, 2022. | DATED this 23rd day of February, 2022. |
|---|---|
| THIERMAN BUCK LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Joshua R. Hendrickson* | /s/ *Dana B. Salmonson* |
| Mark R. Thierman<br>Nevada Bar No. 8285<br>Joshua D. Buck<br>Nevada Bar No. 12187<br>Leah L. Jones<br>Nevada Bar No. 13161<br>Joshua R. Hendrickson<br>Nevada Bar No. 12225<br>7287 Lakeside Drive<br>Reno, NV 89511<br>*Attorneys for Plaintiff Christopher Nelson* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br>*Attorneys for Defendant Wal-Mart Associates, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

February 23, 2022
DATED

2