Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff and all others similarly situated*

Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE EXISTING DEADLINES AND ORDER THEREON** |

- 1 -
NOTICE OF SETTLEMENT AND STIPULATION TO VACATE EXISTING DEADLINES AND [PROPOSED] ORDER THEREON

Plaintiff CHRISTOPHER NELSON, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant WAL-MART ASSOCIATES, INC. ("Defendant") (collectively "the Parties"), hereby notify the Court that the Parties have entered into a tentative settlement in this matter. The Parties hereby requests that all pending deadlines be vacated so as to allow the parties to prepare formal settlement documents and to present the proposed settlement to this Court for approval.

Respectfully Submitted,

DATED this 8th day of May, 2023.

THIERMAN BUCK LLP

/s/ Joshua D. Buck
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
Joshua R. Hendrickson, Nev. Bar No. 12225
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiff Christopher Nelson*

DATED this 8th day of May, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin
Anthony L. Martin, Nev. Bar No. 8177
Dana B. Salmonson, Nev. Bar No. 11180
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant Wal-Mart Associates, Inc.*

## ORDER

IT IS HEREBY ORDERED that all future deadlines and appearances for this matter are hereby vacated. IT IS FURTHER ORDERED that the Parties shall file a settlement approval motion or a status report regarding the status of the approval motion no later than sixty (60) days after entry of this Order.

DATED this __8th__ day of __May__, 2023.

_____
UNITED STATES JUDGE