Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Wal-Mart Associates, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AND STIPULATION AND ORDER** |

    Pursuant to the Court's Order dated May 8, 2023 (ECF No. 75), Defendant Wal-Mart Associates, Inc. ("Defendant") and Plaintiff Christopher Nelson ("Plaintiff") (the "Parties"), by and through their counsel, hereby jointly submit the following Joint Status Report Regarding Settlement and Stipulation and Order and in support thereof state as follows:

    1.     On May 8, 2023, the Parties jointly submitted a Notice of Settlement and Stipulation to Vacate Existing Deadlines to the Court informing the Court that the Parties had entered into a tentative settlement and requesting the Court vacate then existing deadlines and allow the parties sixty days in which to file either settlement approval motion or a status report regarding the status of the approval motion. (ECF No. 74.) The Court entered its order on that same day allowing the Parties 60 days, until July 7, 2023, to file the settlement approval motion or a status report. (ECF No. 75.)

2. The parties have been working in good faith to finalize the settlement documents but in light of the unexpected unavailability of Walmart's settlement counsel due to the death of her mother, the parties need additional time to finalize the settlement documents and obtain signatures.

3. Accordingly, the parties stipulate and agree to submit the joint settlement agreement for preliminary approval by August 6, 2023.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 30th day of June 2023.

THIERMAN BUCK LLP

/s/ Joshua R. Hendrickson
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
Joshua R. Hendrickson
Nevada Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511

*Attorneys for Plaintiff Christopher Nelson*

DATED this 30th day of June, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

June 30, 2023
DATED