Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar No. 12225
joshh@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

Anthony L. Martin
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
dana.salmonson@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Naomi G. Beer
BeerN@gtlaw.com
Tyler Coombe
CoombeT@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, CO 80202
Tel. (303) 572-6558
Fax. (720) 904-7658
*Attorneys for Defendant Wal-Mart Associates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>**(Second Request)** |

///

///

///

Pursuant to LR IA 6-1 and 6-2, Plaintiff Christopher Nelson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Plaintiff to file the unopposed motion for preliminary approval of class and collective action settlement. The current deadline for filing the motion is August 7, 2023. The Parties request an extension of time of one calendar week up to and including August 14, 2023 in order to allow the Parties to obtain signatures on the final settlement documents. This is the Parties' second request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 4th day of August, 2023.

THIERMAN BUCK LLP

*/s/ Leah L. Jones*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
Joshua R. Hendrickson, Nev. Bar No. 12225
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiff Christopher Nelson*

DATED this 4th day of August, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin, Nev. Bar No. 8177
Dana B. Salmonson, Nev. Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant Wal-Mart Associates, Inc.*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

August 4, 2023
_____
DATED

STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT