Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Wal-Mart Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:21-cv-00066-MMD-CLB<br><br>**ORDER GRANTING WITHDRAWAL OF DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Anthony L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Dana B. Salmonson be removed from the instant action as an attorney of record for Defendant Wal-Mart Associates, Inc. ("Defendant") as Ms. Salmonson is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendant will continue to be represented by Anthony L. Martin.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Anthony L. Martin also respectfully requests that Ms. Salmonson be removed from the CM/ECF filing notification in this matter.

DATED this 19th day of September, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorney for Defendant Wal-Mart Associates, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

September 19, 2023.
DATED

2

58293611.v1-OGLETREE