UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:21-cv-00066-MMD-CLB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT |

On _____August 15, 2023_____, this Court considered the Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement.

Having considered the motion and all supporting legal authorities and documents the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Court hereby preliminarily approves settlement of this action upon the terms and conditions set forth in the Settlement Agreement. The Court preliminarily finds that the Class Settlement Amount of $1,450,000.00 falls within the range of reasonableness necessary for

1

preliminary approval and that this amount is fair, adequate, and reasonable as to all potential members of the Settlement Class when balanced against the probable outcome of further litigation, and ultimately relating to liability and damages issues.

2. The Court conditionally certifies the following Classes solely for purposes of settlement:

    a. <u>Nevada Settlement Class</u>: Christopher Nelson, Marcella Bostrom, Donna Karsten and all other Walmart hourly associates who worked at the McCarran, Nevada Distribution Center during the Settlement Class Period at the McCarran, and who either (i) worked in the dry section of the McCarran, Nevada Distribution Center and were required to retrieve a scanner, printer, or other electronic device pre-shift prior to clocking in, or (ii) worked in the perishable section of the McCarran, Nevada Distribution Center and were required to don cold storage personal protective equipment (PPE) pre-shift prior to clocking in.

    b. <u>South Carolina Settlement Class</u>: Monica Shulze and all other Walmart hourly associates who worked at the Pageland, South Carolina Distribution Center during the Settlement Class Period and who either (i) worked in the dry section of the Pageland, South Carolina Distribution Center and were required to retrieve a scanner, printer, or other electronic device pre-shift prior to clocking in, or (ii) worked in the perishable section of the Pageland, South Carolina Distribution Center and were required to don cold storage personal protective equipment (PPE) pre-shift prior to clocking in.

3. Named Plaintiffs Christopher Nelson, Marcella Bostrom, Donna Karsten, and Monica Schulze are appointed as Class Representatives and the Court preliminarily approves Incentive Payments for the following amounts: $15,000.00 to Christopher Nelson and $5,000.00 each to Plaintiffs Marcella Bostrom, Donna Karsten, and Monica Schulze.

4. The Court appoints Thierman Buck LLP as class counsel and preliminarily approves their attorneys' fee request of no more than $478,500.00 and litigation costs not to exceed $15,000.00.

5. The Court confirms Phoenix Class Action Administration Solutions as the Settlement Administrator and approves the Notice and claim procedures set forth in the Settlement Agreement.

6. The Court approves, as to form and content, the Notice to the Class of Proposed Settlement and the Claim Form, attached to the Settlement Agreement as Exhibit 3 and 1 and 1.A, respectively.

7. The Court directs defendants to provide to Phoenix, a database report that identifies each Settlement Class Member with their names, mailing addresses, number of pay periods worked at the McCarran and/or Pageland Distribution Centers during the Settlement Class Period and the date of each Settlement Class Member's employment with Walmart terminated (if any). Phoenix will send to each settlement class member the Notice of the Proposed Settlement and Claim Form by first class mail, no later than 30 days from the date the Court signs this Order granting preliminary approval of settlement.

8. The Court also directs Phoenix to establish a Qualified Settlement Fund in accordance with the timetable set forth in the Settlement Agreement.

9. Class Counsel to file its motion for attorneys' fees and costs, and Class Representative Incentive Payments on __November 17__, 2023.

10. All papers filed in support of final approval of the settlement, and response to any objections, will be filed no later than __November 17__, 2023.

///

///

///

11. A final approval hearing will be held in this department on __December 18, 2023__ at __9:30__ **a.m.** to determine (1) whether the proposed settlement is fair, reasonable, and adequate and should be finally approved by the Court; (2) the amount of attorney's fees and litigation costs to award to class counsel; (3) the amount to be paid to Claims Administrator; and (4) the amount of the Incentive Payments for the Class Representatives.

**IT IS SO ORDERED.**

Dated: __August 15__, 2023

_____
United States District Court Judge